# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2955

_____

Shondarious C. Brown,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

October 13, 2025

Per Curiam.

Affirmed.

Kelsey, Tanenbaum, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shondarious C. Brown, pro se, Appellant.

James Uthemeier, Attorney General, Tallahassee, for Appellee.